## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

DAVID JOHN CONKLIN,                                    Civil No. 12-CV-370 (SRN/TNL)

        Plaintiff,

v.                                                                         **ORDER**

COMCAST,

        Defendant.

---

David John Conklin, 200 Marie Ave., #513, South St. Paul, MN 55075-2082
PRO SE

---

The above matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Tony N. Leung dated February 24, 2012 (Docket No. 3).  No

objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the

files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2.  This action is summarily **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 20, 2012                                    s/Susan Richard Nelson
                                                                      SUSAN RICHARD NELSON
                                                                      United States District Judge